**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**JPMORGAN CHASE & CO.,**                                                                 **PLAINTIFF**
**J.P. MORGAN TRUST COMPANY, NA**

**V.**                                                                                             **CASE NO. 4:05CV212**

**DELORES CONEGIE, by and through**
**her next friend DEOLA LEE**                                                     **DEFENDANT**

### ORDER

Pursuant to the memorandum opinion issued this day, it is hereby ORDERED that:

1. the plaintiffs' motion for summary judgment and to compel arbitration [11-1] is DENIED;

2. the defendant's motion to dismiss [5-1] is GRANTED; and

3. this case is CLOSED.

This is the 12th day of June, 2006.

                                                                             **/s/ Michael P. Mills**
                                                                      **UNITED STATES DISTRICT JUDGE**